## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DOUGLAS WEBB, on behalf of himself and
all others similarly situated,

      Plaintiff,

v.

D & A SERVICES, LLC, DYNIA &
ASSOCIATES, LLC, JOHN DOES 1-25 and
ABC CORP. 1-50,

      Defendants.

_____/

Case No.: 22-cv-4326

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, D&A Services, LLC f/k/a Dynia & Associates, LLC ("D&A"), by its attorney, hereby removes this action from the Essex County Superior Court of New Jersey, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendant states as follows:

1. Plaintiff Douglas Webb originally commenced this action by filing a Complaint against Defendant in the Essex County Superior Court of New Jersey, where it is presently captioned as *Douglas Webb, on behalf of himself and all others similarly situated v. D & A LLC, Dynia & Associates, LLC, John Does 1-25 and ABC Corp. 1-50,* Docket No.: ESX-L-000243-22. No further proceedings before the State court have occurred.

2. In the Complaint, plaintiff alleges a statutory cause of action against Defendant. A true and correct copy of the State Court record is attached hereto as Ex. "A."

3. Plaintiff accuses Defendant of violating the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* and Electronic Funds Transfer Act, 15 U.S.C. § 1693, *et seq.* Plaintiff has also alleged state law causes of action.

4. Defendants received plaintiff's summons and complaint on or

5. Defendant was served with Plaintiff's Summons and Complaint on or about June 3, 2022.

6. This Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claim is founded upon a claim or right arising under the laws of the United States.

7. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which Defendant received Plaintiff's Summons with Notice. See 28 U.S.C. § 1446.

8. Written notice of this Notice of Removal of this action is being immediately provided to the Essex County Superior Court of New Jersey. *See* Ex. "B."

9. Written notice of this Notice of Removal of this action is being caused to be served on the Plaintiff.

WHEREFORE, Defendant D & A Services, LLC gives notice that this action is removed from the Essex County Superior Court of New Jersey, to the United States District Court for the District of New Jersey.

Date: June 29, 2022

Respectfully submitted

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ 08822
Telephone No.: (908) 237-1660
Facsimile No.: (877) 334-0661
*Attorney for Defendant, D & A Services, LLC f/k/a Dynia & Associates, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2022 a copy of the foregoing filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Lawrence C. Hersh
17 Sylvan St., Suite 102B
Rutherford, NJ 07070
*Attorneys for Plaintiff*

By: /s/ Aaron R. Easley
Attorney for Defendant,
D & A Services, LLC

3