UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DOUGLAS WEBB, on behalf of himself and
all others similarly situated,

      Plaintiff,

v.

D & A SERVICES, LLC, DYNIA &
ASSOCIATES, LLC, JOHN DOES 1-25 and
ABC CORP. 1-50,

      Defendants.

Case No.: 2:22-cv-04326

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), Plaintiff, Douglas Webb, and Defendant, D & A Services, LLC f/k/a Dynia & Associates, LLC ("D&A"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against D&A and dismissal without prejudice of the claims of the putative class, with each side to bear their own fees and costs.

| | |
|---|---|
| */s/ Lawrence C. Hersh* | */s/ Aaron R. Easley* |
| Lawrence C. Hersh, Esq. | Aaron R. Easley, Esq. |
| Law Office of Lawrence C. Hersh | SESSIONS, ISRAEL & SHARLTE, LLC |
| 17 Sylvan St., Suite 102B | 3 Cross Creek Drive |
| Rutherford, NJ 07070 | Flemington, NY 08822 |
| Telephone: (201) 507-6300 | Phone: (908) 237-1660 |
| Facsimile: (201) 507-6311 | Facsimile: (877) 334-0661 |
| Email: lh@hershlegal.com | Email: aeasley@sessions.legal |
| *Attorney for Plaintiff,* | *Attorneys for Defendant,* |
| *Douglas Webb* | *D & A Services, LLC f/k/a Dynnia & Associates, LLC* |

**SO ORDERED.** The Clerk of the Court shall mark this matter **CLOSED.**

_____
Hon. Esther Salas, U.S.D.J.
Dated: Jan. 5, 2023